**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| MINIATURE HEREFORD BREEDERS ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MINITURE HEREFORD JUNIOR NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 3:26-cv-00004-RGE-SBJ<br><br>**JOINT MOTION TO DISMISS** |

Plaintiff/Counterdefendant Miniature Hereford Breeders Association, Inc. and Defendant/Counterclaimant Miniature Hereford Junior National Association, by and through counsel of record, pursuant to Fed. R. Civ. P. 41(a)(2), jointly request that this matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs. In support of this Joint Motion, the parties state there has been a mutually agreeable resolution of all claims.

WHEREFORE, the parties jointly move the Court to dismiss all claims and counterclaims, against and/or between MHBA and MHJNA, with each party to their own costs and attorneys' fees. A Proposed Order of Dismissal is attached to this Joint Motion for the Court's convenience.

Dated: September 24, 2026

Respectfully submitted,

MINIATURE HEREFORD BREEDERS
ASSOCIATION, INC., Plaintiff

By: */s/ Luke C. Holst*

Luke C. Holst, IA #19815
Brian T. McKernan, *admission forthcoming*
Alexander K. Shaner, *admission forthcoming*
Jeanne J. Kelley, *admission forthcoming*
McGrath North Mullin & Kratz, PC LLO
Suite 3700 First National Tower
1601 Dodge St.
Omaha, Nebraska 68102
(402) 341-3070
(402) 341-0216 fax
lholst@mcgrathnorth.com
bmckernan@mcgrathnorth.com
ashaner@mcgrathnorth.com
jkelley@mcgrathnorth.com

*Attorneys For Plaintiff*

MINIATURE HEREFORD JUNIOR NATIONAL
ASSOCIATION, Defendant

By: */s/Nicholas F. Miller*

Nicholas F. Miller, Iowa AT0015361
Brian J. Laurenzo, Iowa AT0004513
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-1488
Email: nick.miller@brickgentrylaw.com
brian.laurenzo@brickgentrylaw.com

*Attorneys For Defendant*

## CERTIFICATE OF SERVICE

I certify that on September 24, 2026, a copy of the foregoing pleading was electronically filed with the Clerk of Court. All parties of record registered with the CM/ECF filing system will receive notification of such filing through CM/ECF. Parties of record not registered with the CM/ECF filing system will be provided notification of this filing by U. S. Mail.

By: *<u>/s/Luke C. Holst</u>*
Luke C. Holst